AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Glenn Haughton

V.

Bryan Thomas

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 06 09S

TO: (Name and address of Defendant)

Bryan Thomas
15 King Phillip Drive
North Kingstown, RI
(401) 885-0583

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John T. Longo, Esq.
681 Smith Street
Providence, RI 02908

Phone (401) 272-2177
Fax (401) 274-5433

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Duke
Chief Deputy Clerk

CLERK

1-10-06

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 1/12/06 |
| NAME OF SERVER *(PRINT)* Josh Clark | TITLE Constable Lic# 6026 |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served: Bryan Thomas 1-12-06 15 King Philip Dr. North Kingstown, RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/12/06
Date

Signature of Server

34 Bonnefield Ave.
Prov. RI. 02908 02907
Address of Server

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2006 JAN 18 A 11:20

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Glenn Haughton

V.

West Bay Recovery, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 06 09S

TO: (Name and address of Defendant)

Donna Brady, Registered Agent
15 King Phillip Drive
North Kingstown, RI
(401) 885-0583

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John T. Longo, Esq.
681 Smith Street
Providence, RI 02908

Phone (401) 272-2177
Fax (401) 274-5433

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Chief Deputy Clerk

CLERK

1-10-06

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 1/12/06 |
| NAME OF SERVER *(PRINT)* [illegible] | TITLE Constable Lic#[illegible] |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (specify): Served upon Agent Donna Brady For West Bay Recovery, INC.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/12/06
Date

[signature]
Signature of Server

24 Hornfield Ave., Prov. RI. 02908
Address of Server

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2006 JAN 18 A 11:20
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.