Property of U.S. District Court
District of Rhode Island
FEB 01 2006
RECEIVED

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

GLENN HAUGHTON,

Plaintiff,

vs. CA 06 - 09 S

WEST BAY RECOVERY, INC., and
BRYAN THOMAS, alias,

Defendants.

---

**Rule 41(a)(1) Dismissal Stipulation**

Now comes the Plaintiff, Glenn Haughton, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and no defendant having filed an Answer or Motion for Summary Judgment, he hereby dismisses this action as both defendants with prejudice.

Glenn Haughton,
by his Attorney,

1/26/06

John T. Longo, Esq./#4928
681 Smith Street, Suite 201
Providence, RI 02908
(401) 272-2177
Fax (401) 274-5433
jtlongo@yahoo.com

ENTER

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 2/6/06